UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

THE HERITAGE FOUNDATION, *et al.*,

      Plaintiffs,

    v.

U.S. DEPARTMENT OF DEFENSE,

      Defendant.

Civil Action No. 23-3798 (CJN)

---

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear their own costs and fees.

Dated: February 20, 2026
      Washington, DC

      Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for the United States of America*

/s/ *Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
The Oversight Project
Telephone:  (703) 261-4194
Email:  sam@itsyourgov.org

*Counsel for Plaintiffs*